MCKOOL SMITH P.C.
Peter S. Goodman
One Bryant Park, 47th Floor
New York, NY 10036
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

- and –

MCKOOL SMITH P.C.
Basil A. Umari (*pro hac vice*)
Nicholas Zugaro (*pro hac vice*)
600 Travis, Suite 7000
Houston, TX 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

Counsel to the Liquidating Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| <u>In re</u> | Chapter 11 Case No. |
| **BEARINGPOINT, INC., et al.,** | **09 - 10691 (REG)** |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| **JOHN DeGROOTE SERVICES, LLC,** | |
| Plaintiff | |
| vs. | **Adversary No. 10-02880-reg** |
| **3M COMPANY, INC.** | |
| Defendant. | |

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF TEXAS      §

COUNTY OF HARRIS   §

Nancy J. Jones, being duly sworn deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and is employed by the law firm of McKool Smith, P.C. with a place of business located at 600 Travis, Suite 7000, Houston, Texas 77002.

2. That on the 16th day of March 2010, I caused to be served by first class and certified mail a true copy of the **Complaint to Avoid and Recover Preferential Transfers Pursuant to 11 U.S.C. §§ 547 and 550** and *Summons and Notice of Pretrial Conference in an Adversary Proceeding* upon Defendant, as follows:

> 3M Company, Inc.
> Attn: George W. Buckley, Chairman, President, and CEO
> 3M Center, BLDG 224-5N-40
> Saint Paul, MN 55144-1000
>
> 3M Company, Inc.
> ATTN: Registered Agent, CT Corporation System
> 350 N Saint Paul Street
> Dallas, TX 75201-4240

Further Affiant sayeth naught.

_____
Nancy J. Jones

Sworn to and subscribed before me on this 23rd day of March 2010.

_____
Notary Public, State of TEXAS

> NANCY K. EDIGER
> Notary Public, State of Texas
> Commission No. 12809530-9
> My Commission Expires 11-02-2013